WRIGHT, FINLAY & ZAK, LLP  JS-6
Stephen T. Hicklin, Esq., SBN 136568
David L. Chaffin, Esq. SBN 258459
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660 *(Huff, Donna/Federal/Proposed Judgment of Dismissal)*
Telephone: (949) 477-5050; Facsimile: (949) 477-9200

Attorneys for Defendant,
WELLS FARGO BANK, N.A. AS TRUSTEE FOR OPTION ONE MORTGAGE
LOAN TRUST 2007-1 ASSET-BACKED CERTIFICATES SERIES 2007-1
(erroneously named as "Wells Fargo Bank, N.A., as Trustee")

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA L. HUFF, | Case No: SACV11-01436JVS(RNBx) |
| Plaintiff, | **JUDGMENT OF DISMISSAL OF DEFENDANT WELLS FARGO BANK, N.A. FOLLOWING RULING ON MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| vs. | |
| WELLS FARGO BANK N.A., AS TRUSTEE and DOES 1-20, | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

On February 27, 2012, the Court issued its ruling on Defendant WELLS FARGO BANK, N.A., AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2007-1ASSET-BACKED CERTIFICATES SERIES 2007-1 (erroneously

-1-
JUDGMENT

1  named as "Wells Fargo Bank, N.A. as Trustee for Option One Mortgage Loan
2  Trust 2007-1") ("Wells Fargo") Motion to Dismiss Plaintiff's First Amended
3  Complaint.  Pursuant to the Court's ruling, Defendant's Motion to Dismiss is
4  GRANTED.  In accordance with said Order:

5  **IT IS HEREBY ORDERED, ADJUDGED and DECREED** that a
6  Judgment of Dismissal, with prejudice, is entered in favor Defendant WELLS
7  FARGO BANK, N.A., AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN
8  TRUST 2007-1ASSET-BACKED CERTIFICATES SERIES 2007-1, and against
9  Plaintiff, DONNA HUFF.

12  Dated: March 06, 2012

13  Honorable James V. Selna
14  United States District Court